FILED

MAY 14 1992

THOMAS C. CAVER, CLERK

BY _____
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>SPENCER JOHNSON, )<br>LEMANUEL BARNARD WARE, )<br>CLARENCE BARNES, )<br>MARCUS MAYFIELD, )<br>MARVIN C. THOMPSON, )<br>DANNY HOLLOWAY and )<br>EGLIN OGLETREE )<br>a/k/a EGLAND OGLETREE ) | CR. NO. 92-162-E<br>[21 USC 846;<br>21 USC 841(a)(1)] |

INDICTMENT

The Grand Jury charges:

## COUNT 1

That beginning on or about the 1st day of July, 1991, and continuing up to and including the date of this indictment, in Chambers County, within the Middle District of Alabama, and elsewhere, the defendants,

SPENCER JOHNSON,
LEMANUEL BARNARD WARE,
CLARENCE BARNES,
MARCUS MAYFIELD,
MARVIN C. THOMPSON,
DANNY HOLLOWAY and
EGLIN OGLETREE a/k/a EGLAND OGLETREE,

did knowingly and intentionally combine, conspire, confederate and agree together with each other and with divers other persons known and unknown to the Grand Jury to possess with intent to distribute and distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

1

## COUNT 2

That on or about the 10th day of January, 1992, in Chambers County, within the Middle District of Alabama, the defendants,

**SPENCER JOHNSON and
LAMANUEL BARNARD WARE,**

did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 3-26

That beginning on or about the 19th day of July, 1991, and continuing up to and including on or about the 6th day of December, 1991, in Chambers County, within the Middle District of Alabama, the defendant,

**CLARENCE BARNES,**

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, as follows:

| COUNT | DATE | APPROXIMATE QUANTITY (grams) |
|---|---|---|
| 3 | 7/19/91 | .214 |
| 4 | 7/26/91 | .142 |
| 5 | 7/26/91 | .133 |
| 6 | 7/26/91 | .278 |
| 7 | 7/26/91 | .146 |
| 8 | 8/8/91 | .125 |
| 9 | 8/22/91 | .147 |
| 10 | 8/22/91 | .169 |
| 11 | 8/23/91 | .147 |
| 12 | 8/23/91 | .156 |
| 13 | 8/29/91 | .158 |
| 14 | 8/29/91 | .141 |
| 15 | 9/5/91 | .177 |
| 16 | 10/11/91 | .155 |
| 17 | 11/1/91 | .714 |
| 18 | 11/8/91 | .203 |
| 19 | 11/8/91 | .533 |
| 20 | 11/14/91 | .160 |
| 21 | 11/21/91 | .862 |

```
22              11/21/91            .500
23              11/25/91            .074
24              11/25/91            .072
25              12/5/91             .728
26              12/6/91             .268
```

all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 27-36

That beginning on or about the 1st day of August, 1991, and continuing up to and including on or about the 14th day of November, 1991, in Chambers County, within the Middle District of Alabama, the defendant,

**MARCUS MAYFIELD,**

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, as follows:

| COUNT | DATE | APPROXIMATE QUANTITY (grams) |
|---|---|---|
| 27 | 8/1/91 | .126 |
| 28 | 8/1/91 | .127 |
| 29 | 8/8/91 | .153 |
| 30 | 8/23/91 | .249 |
| 31 | 10/24/91 | .379 |
| 32 | 10/24/91 | .194 |
| 33 | 10/24/91 | .116 |
| 34 | 10/24/91 | .020 |
| 35 | 10/29/91 | 1.449 |
| 36 | 11/14/91 | .321 |

all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 37-49

That beginning on or about the 30th day of August, 1991, and continuing up to and including on or about the 29th day of October, 1991, in Chambers County, within the Middle District of Alabama, the defendant,

**MARVIN THOMPSON,**

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, as follows:

| COUNT | DATE | APPROXIMATE QUANTITY (grams) |
|---|---|---|
| 37 | 8/30/91 | .191 |
| 38 | 9/30/91 | .176 |
| 39 | 9/5/91 | .271 |
| 40 | 10/4/91 | .123 |
| 41 | 10/4/91 | .083 |
| 42 | 10/4/91 | .066 |
| 43 | 10/4/91 | .075 |
| 44 | 10/4/91 | .481 |
| 45 | 10/10/91 | .094 |
| 46 | 10/10/91 | .119 |
| 47 | 10/11/91 | .893 |
| 48 | 10/25/91 | 1.195 |
| 49 | 10/29/91 | 1.694 |

all in violation of Title 21, United States Code, Section 841(a)(1).

### COUNTS 50-60

That beginning on or about the 3rd day of October, 1991, and continuing up to and including on or about the 6th day of December, 1991, in Chambers County, within the Middle District of Alabama, the defendant,

DANNY HOLLOWAY,

did knowingly and intentionally distribute cocaine base, a Schedule II Controlled Substance, as follows:

| COUNT | DATE | APPROXIMATE QUANTITY (grams) |
|---|---|---|
| 50 | 10/3/91 | .129 |
| 51 | 10/3/91 | .165 |
| 52 | 10/24/91 | .100 |
| 53 | 10/24/91 | .094 |
| 54 | 10/24/91 | .217 |
| 55 | 11/15/91 | .631 |
| 56 | 11/15/91 | .665 |
| 57 | 11/21/91 | .569 |
| 58 | 12/5/91 | .444 |
| 59 | 12/5/91 | .390 |
| 60 | 12/6/91 | 1.070 |

all in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
D. BROWARD SEGREST
Acting United States Attorney

_____
STEVEN M. REYNOLDS
Assistant U. S. Attorney