# CRIMINAL DOCKET—U.S. District Court

| PO | [ ] | 1127 | 3 | Assigned 2709 | [ ] WRIT [ ] JUVENILE [ ] ALIAS | VS. | OGLETREE, EGLIN a/k/a Egland Ogletree | Date Filed Mo. 05 Day 14 Yr 92 | Docket No. 00162 | Def. 07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misd | [ ] | | | Disp. 2709 | | | | No. of Def's 7 | U.S. MAG CASE NO. | |
| Felony | [X] | District | Off | Judge/Magistr | OFFENSE ON INDEX CARD | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | Conspiracy to distribute cocaine base [Ct. 1] | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE EARLIEST OF: [ ] arrest [ ] sum'ns [ ] custody [ ] appears-on complaint
- **END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE: 5-21-92 APPLICABLE — [X] Indictment [ ] unsealed [ ] consent to Magr. trial on complaint [ ] Information [ ] Felony-W/waiver
- **KEY DATE**: 5-28-92 — a)[X] 1st appears on pending charge /R40  b)[ ] Receive file R20/21  c)[ ] Supsdg: [ ]Indt [ ]Inf  d)[ ] Order New trial  e)[ ] Remand  f)[ ] G/P Withdrawn
- **END INTERVAL TWO** — KEY DATE: 6-24-92 APPLICABLE — [ ] Dismissal [X] Pled guilty [X] After N.G. [ ] Nolo [ ] After nolo [ ] Trial (voir dire) began [ ] Jury [ ] N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 6-24-92 | SENTENCE DATE 9-2-92 | PTD [ ] Nolle [ ] Pros. | FINAL CHARGES DISMISSED [ ] on S.T. grounds  [ ] W.P.  [ ] WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: [ ] DISMISSED |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT   HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | [ ] WAIVED  [ ] NOT WAIVED  [ ] INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
→ JOHNSON - 01; WARE - 02; BARNES - 03; MAYFIELD - 04; THOMPSON - 05; HOLLOWAY - 06

RULE: 20 [ ]  21 [ ]  40 [ ]  In [ ]  Out [ ]

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**
U.S. Attorney or Asst.
JAMES ELDON WILSON, U.S. ATTORNEY
Steven M. Reynolds, Asst. U.S. Attorney

Defense: 1 [X] CJA  2 [ ] Ret.  3 [ ] Waived  4 [ ] Self.  5 [ ] Non/Other  6 [ ] PD  7 [ ] CD

Michael S. Speakman
Haygood, Cleveland & Pierce
P. O. Box 3310
Auburn, AL    36831-3310
(205) 821-3892
(Court app'd 5-28-92)

FEDERAL DEFENDer Appt'd 10/12/95 for §2255 motion
207 Montgomery St.
Suite 900 - The Bell Building
Montgomery, AL    36104
334/834-2099

Federal Defender   Program (appt 9/28/98)
201 Monroe St
1960 RSA Tower
Montgomery, AL 36104
(334)834-2099

~~7/26/95~~
Egland Ogletree
~~#08813-002~~
~~PMB-1000~~
~~Talladega, AL 35160-8799~~
1320 South 8th Court
Lanett, AL 36863

## BAIL • RELEASE

**PRE-INDICTMENT**
Release Date: 
Bail Denied [ ]  Fugitive [ ]  Pers. Rec. [ ]  PSA [ ]
AMOUNT SET: $
Conditions: 10% Dep. [ ]  Surety Bnd [ ]
Date Set: 
Bail Not Made [ ]  Collateral [ ]
Date Bond Made:  3rd Prty [ ]  Other [ ]

**POST-INDICTMENT**
Release Date: 
Bail Denied [ ]  Fugitive [ ]  Pers. Rec. [ ]  PSA [ ]
AMOUNT SET: $
Conditions: 10% Dep. [ ]  Surety Bnd [ ]
Date Set: 
Bail Not Made [ ]  Collateral [ ]
Date Bond Made:  3rd Prty [ ]  Other [ ]

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| DATE | DOCUMENT NO | V. PROCEEDINGS | Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 5-14-92 | 1 | **Indictment.** [**SEALED**] | | | |
| 5-21-92 | | Indictment unsealed. | | | |
| 5-21-92 | 8 | Warrant for arrest issued. | | | |
| 5-22-92 | 9 | Government's petition for writ of HC ad prosequendum to Chambers County Jail for defendant to be in Montgomery, AL on 5-28-92 at 10 a.m. and **ORDER** granting same. | | | |
| 5-22-92 | 10 | Writ of HC ad prosequendum issued and delivered to USM for service. (Copies of petition and writ furnished to USA, USPO & USM.) | | | |
| 5-28-92 | | **ARRAIGNMENT**: Defendant appeared with counsel of record and entered a plea of not guilty. | | | |
| 5-28-92 | 40 | Defendant's **financial affidavit.** Referred to Magistrate Judge Coody. | | | |
| 5-28-92 | 41 | Magistrate Judge Coody's **ORDER** directing the government to file written responses to all contested pre-trial motions or discovery within 10 days of the date the motion is filed. (Copy mailed to counsel; furnished USA, USM, USPO, & Stan). | | | |
| 5-28-92 | 42 | CJA 20 **ORDER** by Magistrate Judge Coody appointing Hon. Michael S. Speakman to represent defendant in all proceedings. (Copy mailed to counsel). | | | |
| 5-29-92 | 48 | U. S. Marshal's return on Writ of Habeas Corpus ad Prosequendum (Eglin Ogletree) dated 5/22/92, executed on 5-27-92. (Copy furnished: USA, USM, USPO). | | | |
| 6-2-92 | 52 | **ORDER** setting the **trial** of this cause for **July 6, 1992 @ 9:00 a.m.**, in Opelika, AL; that the **jury selection** will be held on **June 29, 1992 @ 10:00 a.m.**, in Opelika, AL; that any requested **voir dire** questions and any proposed **jury instructions** should be filed on or before **June 22, 1992.** (Copy mailed all counsel; furnished: USA, USM, USPO). | | | |
| 6-3-92 | 55 | Defendant's **request** for discovery. Referred to Judge Varner. **M/GRANTED IN PART; M/DENIED IN PART 6/12/92.** | 6-3-92 / 6-12-92 | E | 10 |
| 6-4-92 | 56 | Government's response to request for discovery. Referred to Judge Varner. | | | |
| 6-8-92 | 67 | **TRIAL NOTICE.** (7/6/92 at 10:00 a.m., Opelika, AL) Notice re: clothing of Defendant in custody included. | | | |
| 6-12-92 | 82 | **ORDER** that defendant's request for discovery, filed on 6/3/92, is hereby GRANTED as to Paragraphs A and G to the extent required by Rule 16(a)(1)(A), F.R.C.P.; that said request is hereby GRANTED as to Paragraph B to the extent required by Rule 16(a)(1)(B), F.R.C.P.; that said request is hereby GRANTED as to Paragraph C to the extent required by Rule 16(a)(1)(C), F.R.C.P.; that said request is hereby GRANTED as to Paragraph D to the extent required by Rule 16(a)(1)(D), | | | |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs OGLETREE, EGLIN

EASTERN DIVISION

AO 256A

92- 00162- 07
Yr. | Docket No. | Def.

| DATE | (Document No.) | PROCEEDINGS (continued) Page 2 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| | | F.R.C.P.; that said request is hereby GRANTED as to Paragraph F to the extent required by the Jencks Act, 18 U.S.C. § 3500 and the government is ORDERED to produce the requested material to defendant one(1) working day prior to the trial of this cause; that said request is hereby DENIED in all other respects. (Copy mailed to counsel; furnished: USA, USPO). | |
| 6-17-92 | 98 | Government's petition for writ of HC ad prosequendum for defendant to be in Montgomery, AL on 6-23-92 at 10:30 a.m. and ORDER [rendered 6-18-92] granting same. | |
| 6-18-92 | 99 | Writ issued. | |
| 6-18-92 | 108 | CONSENT NOTICE. (6-24-92 @ 10:00 a.m.). | |
| 6-22-92 | 109 | Government's requested **voir dire** questions. Referred to Judge Varner. | |
| 6-22-92 | 110 | Government's requested **jury instructions**. (Nos. 1-12). Referred to Judge Varner. | |
| 6-24-92 | 121 | **PLEA AGREEMENT.** (**SEALED** on motion of USA; placed in vault.) | |
| 6-24-92 | | **CHANGE OF PLEA:** Defendant appeared with appointed counsel, Hon. Michael S. Speakman, before Judge DeMent and withdrew his plea of not guilty and entered a plea of guilty to Count 1 of the indictment.; | |
| 6-24-92 | 122 | **ORDER** setting **sentencing** for 9/2/92 at 10:00 a.m.; that any objections to the the presentence report shall be made in writing to the probation officer on or before 8/17/92; scheduling a meeting for the parties with the probation officer for 8/19/92 at 8:30 a.m.. (Copies furnished to USA, PO, USM, defendant; mailed to counsel.) | |
| 6-24-92 | | **CASE REASSIGNED TO JUDGE DE MENT.** | |
| 6-30-92 | 123 | U.S. Marshal's return on writ of Habeas Corpus Ad prosequendum **executed** 6/23/92. | |
| 8-28-92 | 129 | United States' **petition** for writ of habeas corpus ad prosequendum for defendant's appearance at sentencing 9-2-92 at 10 a.m. (Referred to Judge Albritton). **ORDER** granting petition and directing Clerk to issue a Writ of habeas corpus ad Prosequendum for defendant. (Copy furn.: USA, USM, USPO). | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — OGLETREE, EGLIN
AO 256A                                                    PAGE #

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 8-28-92 | 130 | Writ of habeas corpus ad Prosequendum issued and del. to USM for service. (Copy furnished: USA, USM, USPO). | | | | |
| 9-1-92 | 133 | Government's motion for departure. Referred to Judge DeMent. | | | | |
| 9-2-92 |  | **SENTENCING** before Judge DeMent. | | | | |
| 7-2-92 | 141 | **ORDER** that the presentence report be filed with the Clerk of this Court wherein it shall be placed under **seal**; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court. Upon written application to the Clerk, counsel for the defendant and for the government may examine the presentence investigation report or obtain a copy thereof, provided that counsel agrees not to duplicte the report or disclose the contents thereof to any person other than to the members of their staffs who have a need to know such contents. (Copies furnished to USA, PO; mailed to counsel.) EOD 9-3-92 | | | | |
| 9-2-92 | 142 | Presentence report. Sealed and placed in vault. | | | | |
| 9-4-92 | 149 | Marshal's return on 8/28/92 Writ of HCAP executed 9/2/92. | | | | |
| 9-16-92 | 173 | **JUDGMENT** on 9/2/92 sentence: defendant to pay a $50 assessment fee this date to the Clerk, U.S. District Court; committing defendant to the custody of the BOP for 188 months; the Court recommends that the BOP designate the State of Alabama, Department of Corrections as the place of service of this sentence, thereby making this sentence run concurrently with the defendant's imprisonment pursuant to the judgment in Chambers County Circuit Court Case Number 91-150 and that the defendant be afforded treatment for his long term substnace abuse during his term of incarceration; defendant to stand committed for service of this sentence this date; upon release from imprisonment the defendant shall be on supervised release for a term of 5 years and that while on supervised release the defendant shall not commit another federal, state or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court and shall comply with the following additional conditions: 1) the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the BOP; 2) that defendant is to pay and part of the special assessment that remains unpaid at the commencement of the term of supervised release; 3) the defendant shall not own or possess a firearm or destructive device; | | | | |

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DIVISION |
| CRIMINAL DOCKET  U. S. vs | OGLETREE, EGLIN | 92-00162-07 |
| AO 256A | Page 4 | Yr. \| Docket No. \|Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 9-16-92 | JUDGMENT CONTINUED: 4) the defendant shall submit to a drug test when ordered to do so by the probation officer and if determined necessary by the probation officer the defendant shall participate in a substance abuse treatment program as directed by the probation officer; the Court waived the imposition of a fine because of the defendant's inability to pay and declined to enter an order of restitution as not applicable in this case; that the sentence is imposed at 188 months based on the Government's motion for a 4 level downward departure due to the defendant's substantial assistance. (Copies furnished to USA, PO, USM, defendant; mailed to counsel.) EOD 9/16/92 **Sentenced reduced per 2/29/96 order.** | |
| 9-18-92 | 194  Marshal's return on warrant for arrest unexecuted. | |
| 10-26-92 | Court reporters transcript of 6/24/92 change of plea. | |
| 12-10-92 | CJA 20 voucher for Hon. Michael S. Speakman approved by Judge DeMent in the amount of $2,180 and processed for payment. | |
| 5-27-93 | 243  **ORDER** that the U. S. Marshal's Service take custody of defendant, from the Alabama Department of Corrections at such time as the Marshal receives notification of his availability for transfer to the custody of the U. S. BOP; that the U. S. BOP designate a facility for the service of the sentence imposed in this Court on 9/2/92; that the Clerk of this Court shall provide the BOP and the U. S. Marshal's Service with a copy of this Order. (Copy mailed to counsel; furnished: USA, USM, USPO & USBOP). | |
| 12-15-93 | Received $25.00 partial assessment fee through BOP. | |
| 7-14-94 | Received $25.00 partial assessment fee through BOP. | |
| 7-18-94 | 263  Defendant's (pro se) **MOTION** for Copy of Complete File and All Transcripts. Referred to Judge DeMent. | |
| 7-28-94 | 266  **ORDER** DENYING defendant's pro se motion for a copy of the transcript and other documents. (Copy mailed to defendant; furn. USA.) | |
| 8-1-94 | 268  SATISFACTION OF JUDGMENT. | |
| 7-24-95 | 270  Defendant's application to proceed IFP on 2255 motion. Referred to Magistrate Judge McPherson/Anderson. (Copy furnished to USA.) | |
| 7-24-95 | 271  Defendant's motion under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence. Referred to Magistrate Judge McPherson/Anderson. (Copy furn. to USA) *Dismissed 2/29/96* | |

Interval (per Section II)  Start Date / End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 7-24-95 | 272 Defendant's brief in support of §2255 motion. Referred to Magistrate Judge McPherson/Anderson. (Copy furn. to USA.) | | | | |
| 10-11-95 | 276 Government's request for appointment of counsel for defendant. Referred to Magistrate Judge McPherson. | | | | |
| 10-12-95 | 277 Magistrate Judge McPherson's **ORDER** granting government's motion for appointment of counsel; appointing the Federal Defender to represent the petitioner in all further proceedings in this cause. (Copies furn. to USA, PO, PTSO, USM; FPD; mailed to Eglin Ogletree.) | | | | |
| 10-18-95 | 279 Government's **response** to motion under 28 USC § 2255. Referred to Magistrate Judge McPherson. | | | | |
| 10-19-95 | 280 Magistrate Judge McPherson's **ORDER** construing Government's 10/18/95 response as a motion to extend the time within which to respond and GRANTING the same; that on or before 11/30/95 the parties shall file a joint stipulation advising the court of their settlement or of their progress toward settlement of this matter; if the parties have not settled by that date, and settlement is not likely, the United States shall file its response to the petitioner's claims. (Copies furn. to USA, FPD. PO.) | | | | |
| 11-20-95 | 286 Joint settlement agreement and motion to dismiss proceedings under 28 U.S.C. § 2255. Referred to Magistrate Judge McPherson. | | | | |
| 11-20-95 | 2877 Government's **motion for correction/reduction of sentence.** Referred to Judge DeMent. **GRANTED 2/29/96** | | | | |
| 2-29-96 | 292 **ORDER** granting government's 11/20/95 motion for correction/reduction of sentence; reducing sentence from 188 months to 77 months. (Copies furn. to USA, PO, PTSO, USM, FPD; mailed to Egland Ogletree, Warden, FCI, Talladega, AL.) | | | | |
| 2-29-96 | 293 **ORDER** granting parties joint motion to dismiss §2255 proceeding. (Copies furn. to USA, FPD, Civil Clerk; mailed to Eglin Ogletree.) | | | | |
| 9-22-98 | 342 Probation officer's (Donnelle Thompson) petition for warrant for offender under supervision. Referred to Judge DeMent. **GRANTED 9/23/98** | | | | |

Interval (per Section III) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs OGLETREE, EGLIN                92-00162=07

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-23-98 | 342  STAMPED ORDER granting Probation Officer Donnelle Thomposn's petition for warrant for offender under supervision. (Copies furnished: FDP, USA, USM, USPO) | | | | |
| 9-23-98 | 343  Warrant for arrest of defender issued and delivered to U.S. Marshal for service. | | | | |
| 9-28-98 | Arrest of defendant. | | | | |
| 9-28-98 | Initial appearance held before Magistrate Judge Coody. | | | | |
| 9-28-98 | Defendant's oral motion for appointment of counsel. | | | | |
| 9-28-98 | 344  Defendant's financial affidavit. | | | | |
| 9-28-98 | Judge Coody's oral order granting defendant's motion for appointment of counsel; directing that the Federal Defender be assigned to represent the defendant. | | | | |
| 9-28-98 | 344  Courtroom Deputy's Minutes of initial appearance. Defendant released under same conditions of supervised release previously imposed. | | | | |
| 9-28-98 | 346  Marshal's return on warrant for arrest executed 9/28/98. | | | | |
| 9-30-98 | 347  ORDER setting a supervised release revocation hearing for 10/9/98 at 9:00 A.M., FIRST FLOOR COURTROOM, Montgomery, AL. (Copies furn. to USA, PO, PTSO, USM, FPD; mailed to defendant.) | | | | |
| 10-9-98 | Supervised release revocation hearing held before Judge DeMent. COURT REPORTER: JamesR. Dickens. | | | | |
| 10-9-98 | 348  Courtroom deputy' minutes of proceedings with list of exhibits attached. (Defendant entered a plea of guilty to violating charges 1, 2 and 3 of the violation petition.) | | | | |
| 10-9-98 | 349  JUDGMENT revoking supervised release imposed on 9/2/92; committing defendant to the custody of the BOP for 24 months committed this date; the Court recommends that the defendant be designated to a facility where Residential Substance Abuse Treatment is available. (Copies furn. to USA, PO, PTSO, USM: FPD, Defendant.) EOD 10/9/98 | | | | |
| 11-30-98 | 350  Marshal's return on Judgment executed 11/5/98 by delivering defendant to USA, Atlanta, GA. | | | | |

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days